No. 80–986. NORTH HAVEN BOARD OF EDUCATION ET AL. *v.* BELL, SECRETARY OF EDUCATION, ET AL. C. A. 2d Cir. [Certiorari granted, 450 U. S. 909.] Motion of Hillsdale College for leave to file a brief as *amicus curiae* granted.

No. 80–1208. NEW ENGLAND POWER CO. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL.;

No. 80–1471. MASSACHUSETTS ET AL. *v.* NEW HAMPSHIRE LEGISLATIVE UTILITY CONSUMERS' COUNCIL ET AL.; and

No. 80–1610. ROBERTS, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL. Sup. Ct. N. H. [Probable jurisdiction noted, 451 U. S. 981.] Motion of New England Power Pool Executive Committee for leave to file a brief as *amicus curiae* granted.

No. 80–1430. ENGLE, CORRECTIONAL SUPERINTENDENT *v.* ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT *v.* BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT *v.* HUGHES. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motion of Ohio Criminal Defense Lawyers Association for leave to participate in oral argument as *amicus curiae* denied.

No. 80–1576. PRINCETON UNIVERSITY ET AL. *v.* SCHMID. Sup. Ct. N. J. [Probable jurisdiction postponed, 451 U. S. 982.] Motion of Massachusetts Institute of Technology for leave to file a brief as *amicus curiae* granted. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 80–1681. VILLAGE OF HOFFMAN ESTATES ET AL. *v.* THE FLIPSIDE, HOFFMAN ESTATES, INC. C. A. 7th Cir. [Probable jurisdiction noted, 452 U. S. 904.] Motion of Community Action Against Drug Abuse for leave to file a brief as *amicus curiae* granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.